FORT WAYNE TRANSFER COMPANY *v.* MANIER.

[No. 10,800.   Filed April 7, 1921.]

APPEAL.—*Record.*—*Omission of Complaint.*—On the absence of the complaint from the record no question is presented on appeal.

From Allen Superior Court; *William N. Ballou,* Judge.

Action by Earl Manier against the Fort Wayne Transfer Company. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Emrick & Emrick,* for appellant.

*Frank M. Hogan* and *Colerick & Hogan,* for appellee.

NICHOLS, J.—This action purports to be an action by appellee against appellant to recover damages for personal injuries received by appellee through the negligence of appellant. The action was commenced May 18, 1918, by filing a complaint in one paragraph. March 3, 1919, a second paragraph of complaint was filed. October 10, 1919, the plaintiff dismissed the first paragraph of complaint. The second paragraph of complaint is not in the transcript. There is therefore no complaint in the record and no question is presented. The

NOVEMBER TERM, 1920.          319

New York, etc., R. Co. *v.* Town of Mentone—75 Ind. App. 319.

judgment is affirmed on the authority of *Lawrence* v. *Oliver Typewriter Co.* (1912), 51 Ind. App. 434, 99 N. E. 809; *Graves* v. *Jenkins* (1915), 58 Ind. App. 500, 108 N. E. 531.